IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITY NATIONAL INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JESS AMCHIN, et al. | : | NO. 15-750 |

## ORDER

AND NOW, this 7th day of April 2016, upon consideration of the motions to dismiss for lack of jurisdiction filed by Defendant Harry McElhone (Doc. No. 115), Jennifer Lee (Doc. No. 122), Russell Carlow (Doc. No. 123), Thomas Mennie (Doc. No. 124), David Margulies (Doc. No. 126), and Defendants John Hain, Sr., Kevin Gehring, Matthew Godshall, Donna McKeever, and Suzanne Weisberg (filing jointly, Doc. No. 125), Plaintiff's Responses in Opposition (Doc. Nos. 120, 127), Defendant Carlow's Reply Brief in Support of his Motion to Dismiss (Doc. No. 130), and Plaintiff's Sur-Reply Brief in Response to Defendant Carlow's Reply Brief (Doc. No. 133), it is hereby ORDERED that Defendants' motions are GRANTED.

It is further ORDERED that Donna Baer,[1] Russell Carlow, Kevin Gehring, Matthew Godshall, John Hain, Jennifer Lee/Weil, David Margulies, Harry McElhone, Donna McKeever, Thomas Mennie, and Suzanne Weisberg are DISMISSED from this action.

BY THE COURT

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] While Defendant Donna Baer did not file a motion to dismiss, because the Court finds that it lacks subject matter jurisdiction over Plaintiff Security National's claims against the withdrawn Defendants, Ms. Baer must also be dismissed.